AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

May 19 2020

ARTHUR JOHNSTON, CLERK

| | |
|---|---|
| United States of America<br>v.<br>Walter Edward Bohl<br><br>Defendant(s) | Case No. 1:20mj543-RHW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 21, 2020** in the county of **Jackson** in the **Southern** District of **MS, Southern Division**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False information to a Federal Firearms Licensee |

This criminal complaint is based on these facts:
See Affidavit, which is attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

_Complainant's signature_

Shane Lynes, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 5/19/2020

_Judge's signature_

City and state: Gulfport, Mississippi

Robert H. Walker, United States Magistrate Judge
_Printed name and title_

## Affidavit for Criminal Complaint

I, Shane Lynes, being duly sworn and deposed, state the following:

I have been a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since 2007. Prior to service with ATF I was with the Sumter South Carolina Police Department. I am Honorably Discharged from the United States Air Force and have a Bachelors Degree in Criminology with a minor in Psychology. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program, ATF Special Agent Basic Training, and the South Carolina Criminal Justice Academy. I have attended numerous schools involving post blast investigations, search and seizure, drug investigations and financial crimes. As an ATF Agent, I am empowered to investigate violations of Federal Firearms, Arson and Explosive Laws.

I have been involved in with numerous investigations involving the illegal possession of firearms by prohibited persons, the possession and use of firearms by narcotics traffickers/gang members, illegal sale or possession of machineguns and short-barrel shotguns or rifles, arsons of structures which affect interstate commerce, and the manufacture, possession or use of illegal explosive devices. Several of these investigations have included conspiratorial relationships between multiple defendants and generally involve a series or pattern of criminal activities or multiple criminal schemes.

1. This affidavit is based on information from law enforcement agents and sources and on my examination of various reports, evidence and records. This is being submitted for the limited purpose of establishing probable cause to support issuing a criminal complaint. It does not include all the facts that have been learned during the course of this investigation.

2. Based on personal knowledge and information I received from the Pascagoula Police Department, and I am aware of the following facts:

3. On July 14, 2011 Walter BOHL was committed to a mental institution as reference an Order of Admittance after Hearing # 2011-1407 in Jackson County Mississippi Chancery Court.

4. On April 21, 2020 in Jackson County at a licensed Federal Firearms business hereafter referred to as "location 1" Walter BOHL filled out a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, and obtained a Smith and Wesson revolver. BOHL checked "No" on the ATF Form 4473 section 11.f.

5. Question 11.f states have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution.

6. On April 29, 2020 SA Lynes interviewed Source 1 at "location 1". He/she stated BOHL filled out the ATF Form 4473 and he/she verified the information on the ATF form matched the Mississippi Driver's License information to include the photograph as the person conducting the transaction.

7. Source 1 stated BOHL left "location 1" with the above mentioned firearm.

8. Pursuant to Title 18 U.S.C. Section 922(a)(6), it is unlawful for any person in connection with the acquisition of any firearm or ammunition from a licensed dealer, to knowingly make any false or fictitious oral or written statement, intended or likely to deceive such dealer, with respect to any fact material to the lawfulness of the sale or other disposition of such firearm or ammunition under the provisions of this chapter.

9. Based upon the foregoing information, my training and experience, I submit this information supports probable cause to believe Walter Edward BOHL violated Title 18, United States Code, Section 922(a)(6), in that on or about April 21, 2020, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, Walter Edward BOHL, in connection with the acquisition of a firearm, that is, a Smith and Wesson revolver, from "location 1", a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false or fictitious written statement to "location 1", which statement was intended and likely to deceive "location 1", as to a material fact to the lawfulness of such sale and acquisition of the said firearm to the defendant, under Chapter 44 of Title 18, United States Code, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, to the effect that the defendant represented that he had not been committed to a mental institution.

_____
Shane Lynes
Special Agent, US Department of Justice
Alcohol, Tobacco, Firearms &Explosives

Sworn and subscribed before me this _19th_ day of May of 2020.

_____
United States Magistrate Judge